Certificate Number: 16339-PAE-DE-038561389

Bankruptcy Case Number: 19-13838



16339-PAE-DE-038561389

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 10, 2024, at 11:17 o'clock PM EDT, Roslyn Haines completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 10, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor