United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                    Case No. 19-13838-amc

Roslyn R. Haines                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                            User: admin                            Page 1 of 3

Date Rcvd: Jul 12, 2024                    Form ID: 138OBJ                    Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roslyn R. Haines, 6129 N. Warnock Street, Philadelphia, PA 19141-3813 |
| 14341982 | + | Arcadia, PO Box 70256, Philadelphia, PA 19176-0256 |
| 14341985 | #+ | Carrie Gerding, Portfolio Recovery, 140 Corporate Blvd., Norfolk VA 23502-4952 |
| 14341986 | + | Carteret Savings Bank, PO Box 419, Clearwater, FL 33757-0419 |
| 14341999 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14345029 | + | Philadelphia Federal Credit Union, c/o Jason Brett Schwartz, Esq., Master & Schwartz, P.C., 1333 Race Street, Philadelphia, PA 19107-1556 |
| 14342006 | + | Ron Clearfield, Esquire, 1617 JFK Boulevard, Suite 355, Philadelphia PA 19103-1837 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 13 2024 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2024 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14347948 | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 13 2024 00:09:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14341983 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jul 13 2024 00:09:00 | Bank Of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 14362040 | + Email/Text: mortgagebkcorrespondence@bofa.com | Jul 13 2024 00:09:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14341991 | Email/Text: megan.harper@phila.gov | Jul 13 2024 00:10:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14341992 | Email/Text: megan.harper@phila.gov | Jul 13 2024 00:10:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14390860 | Email/Text: megan.harper@phila.gov | Jul 13 2024 00:10:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14341984 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2024 00:20:27 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14341987 | + Email/Text: ecf@ccpclaw.com | Jul 13 2024 00:09:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14341989 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 19-13838-amc   Doc 62   Filed 07/14/24   Entered 07/15/24 00:35:40   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 12, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

| ID | | Method | Time | Recipient |
|---|---|---|---|---|
| 14377158 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2024 00:20:20 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14341990 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2024 00:20:17 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14341993 | + | Email/Text: bankruptcy@philapark.org | Jul 13 2024 00:20:17 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14342010 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2024 00:10:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14377157 | | Email/Text: bnc-quantum@quantum3group.com | Jul 13 2024 00:19:30 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14341995 | | Email/Text: bankruptcycourts@equifax.com | Jul 13 2024 00:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14341996 | ^ | MEBN | Jul 13 2024 00:09:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14341997 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 13 2024 00:01:44 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14341998 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 13 2024 00:09:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 14348119 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2024 00:09:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14378547 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 13 2024 00:08:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14342001 | ^ | MEBN | Jul 13 2024 00:09:00 | New Residential Mortgage, LLC, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14342004 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2024 00:01:49 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14377263 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2024 00:19:18 | Portfolio Recovery, 140 Corporate Blvd., Norfolk VA 23502-4962 |
| 14342000 | | Email/Text: bankruptcygroup@peco-energy.com | Jul 13 2024 00:19:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14342002 | + | Email/Text: CollectionsDept@PFCU.COM | Jul 13 2024 00:09:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14342003 | + | Email/Text: bankruptcy@philapark.org | Jul 13 2024 00:09:00 | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14342007 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 13 2024 00:10:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14342008 | | Email/Text: DASPUBREC@transunion.com | Jul 13 2024 00:09:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 14351197 | | Email/Text: electronicbkydocs@nelnet.net | Jul 13 2024 00:09:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14342009 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 13 2024 00:10:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14342005 | + | Email/Text: ngisupport@radiusgs.com | Jul 13 2024 00:10:00 | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| | | | Jul 13 2024 00:09:00 | radius global solutions, po box 390905, minneapolis mn 55439-0905 |

Case 19-13838-amc    Doc 62    Filed 07/14/24    Entered 07/15/24 00:35:40    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 12, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14341994 | | Doris Moton (Mather |
| 14341988 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor Philadelphia Federal Credit Union bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Roslyn R. Haines help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com |
| NICOLE B. LABLETTA | on behalf of Creditor New Residential Mortgage  LLC nlabletta@lablettawalters.com, brausch@pincuslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 61 − 59

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Roslyn R. Haines<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−13838−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 12, 2024

For The Court

Timothy B. McGrath
Clerk of Court