United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                              Case No. 19-13838-amc
Roslyn R. Haines                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                            User: admin                               Page 1 of 2
Date Rcvd: Oct 16, 2024                      Form ID: 195                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2024:**

**Recip ID**              **Recipient Name and Address**
db                  +  Roslyn R. Haines, 6129 N. Warnock Street, Philadelphia, PA 19141-3813

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2024                                      Signature:             /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2024 at the address(es) listed below:

**Name**                           **Email Address**

ANGELA CATHERINE PATTISON
                        on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING apattison@hillwallack.com apattison@ecf.courtdrive.com

JASON BRETT SCHWARTZ
                        on behalf of Creditor Philadelphia Federal Credit Union bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com

KENNETH E. WEST
                        ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
                        on behalf of Debtor Roslyn R. Haines help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
                        on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 16, 2024 | Form ID: 195 | Total Noticed: 1

NICOLE B. LABLETTA
    on behalf of Creditor New Residential Mortgage LLC nlabletta@lablettawalters.com, brausch@pincuslaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                  : Chapter 13

Roslyn R. Haines                                              : Case No. 19−13838−amc
      Debtor(s)

***ORDER***
_____

AND NOW, this day , October 16, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

69
Form 195